# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY KODIMER, by and through his guardian ad litem, LYN RAMSKILL,<br><br>Plaintiff,<br>v.<br><br>CITY OF ESCONDIDO, COUNTY OF SAN DIEGO, OFFICER WYSE, OFFICER UMSTOT, SERGEANT DISTEL, and DOE DEFENDANTS 1 through 10, inclusive,<br><br>Defendants. | Civil No.07cv2221 BEN (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**<br><br>[Doc. No. 69] |

For good cause shown, the court **GRANTS** the parties' joint motion to continue the Mandatory Settlement Conference (MSC). The MSC currently set for January 13, 2010 is **VACATED** and **RESET** for **March 11, 2010 at 2:30 p.m.** Confidential settlement briefs are due directly to chambers by **March 8, 2010**.

**IT IS SO ORDERED.**

DATED: January 7, 2010

Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court