FILED

2010 JAN -8 AM 9:54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY KODIMER, by and through his guardian ad litem, LYN RAMSKILL,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF ESCONDIDO, *et al.*,<br><br>　　　　　　　　　　　　　Defendants. | CASE NO. 07cv2221 BEN (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL DATES** |

　　　The Court **GRANTS** the parties' joint motion to continue pretrial dates.

　　　Counsel shall file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) on or before **March 15, 2010**.

　　　Counsel shall comply with the pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) on or before **March 15, 2010**.

　　　Counsel shall meet and take the action required by Local Rule 16.1(f)(4) on or before **March 22, 2010**.

　　　The Proposed Final Pretrial Conference Order, including objections to any other parties' Federal Rule 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the Clerk of the Court on or before **March 29, 2010**, and shall be in the form prescribed in and in compliance with Local Rule 16.1(f)(6).

1 | The Pretrial Conference is continued from February 8, 2010 to **April 5, 2010** at **10:30 a.m.**

3 | **IT IS SO ORDERED.**

5 | DATED: January 07, 2010

Hon. Roger T. Benitez
United States District Court Judge